JAMES PUPA, JR., Respondent, *v.* AQUARIUM RESTAURANT, INC., Appellant.

Submitted October 6, 1952.

*Harold A. Lipton* and *A. Edward Masters* for motion.
*Martin A. Crean* for appellant.

Motion withdrawn.

Appeal withdrawn.